██ CHRISTINE ANDOLINA-STOVCSIK, Also Known as CHRISTINA A. STOVCSIK, Individually and as Administratrix of the Estate of MARY ANDOLINA, Also Known as MARY K. ANDOLINA, Deceased, Appellant, v CONESUS LAKE NURSING HOME, LLC, Respondents, et al., Defendants. (Appeal No. 2.) [963 NYS2d 890]—Appeal from an order (denominated decision and order) of the Supreme Court, Livingston County (Robert B. Wiggins, A.J.), entered May 2, 2012. The order denied plaintiff's motion to compel discovery of certain documents.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Andolina-Stovcsik v Conesus Lake Nursing Home, LLC* (105 AD3d 1377 [2013]). Present—Centra, J.P., Fahey, Carni, Lindley and Whalen, JJ.